IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00289-M

**Shaneka Mangum,**

        Plaintiff,

v.                                       **Sealed Order**

**Penny OpCo, LLC,**

        Defendant.

This matter is before the court on the parties joint matter to reopen discovery, extend case management deadlines, and continue the trial date. D.E. 18.

For good cause shown, the court grants the motion (D.E. 18) and orders as follows:

1. Discovery is reopened for the limited purpose of Defendant conducting an independent medical examination of Plaintiff pursuant to Rule 35 of the Federal Rules of Civil Procedure, Defendant making expert disclosures, and Plaintiff deposing Defendant's expert, if she so chooses.

2. The parties shall file any dispositive motions by Friday, September 19, 2025.

3. Trial in this case is set for Tuesday, January 20, 2026. The court will hold a pretrial conference on Tuesday, January 06, 2026 at 9:30 a.m.

The remaining portions of the Scheduling Order that are not inconsistent with this Order remain in effect.

Dated: June 16, 2025.

                                                  *Robert T. Numbers II*
                                                  ROBERT T. NUMBERS, II
                                                  UNITED STATES MAGISTRATE JUDGE