IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:24-CV-00289-M

**Shaneka Mangum,**

        Plaintiff,

v.

**Penny OpCo, LLC,**

        Defendant.

**Order**

    The parties have moved to file under seal its Joint Motion to Reopen Discovery, for Extension of Dispositive Motions Deadline, and to Continue the Trial Date pursuant to Local Rule 79.2. D.E. 19.

    The court grants the motion to seal (D.E. 19). The parties' Joint Motion to Reopen Discovery, for Extension of Dispositive Motions Deadline, and to Continue the Trial Date (D.E. 18) shall be filed under seal.

Dated: June 16, 2025.

                                                        _____
                                                        ROBERT T. NUMBERS, II
                                                        UNITED STATES MAGISTRATE JUDGE